UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

**ORIGINAL**

Case No. CV 92-860          Date 2/26/02

Title Estate of Brett J. Covey v. City of Santa Monica

PRESENT:   Hon. Robert M. Takasugi, Judge

Victor Paul Cruz, Deputy Clerk          None
                                   Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

         None                                  None

PROCEEDINGS:

Plaintiffs having failed to file proof of service of their Application for Disbursement of Monies,

IT IS ORDERED that the said Application for Disbursement of Monies, filed August 20, 2001 be, and is hereby, stricken from the record.

____ Priority
__/_ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-3



ENTERED ON ICMS
MAR - 7 2002

Initials of Deputy Clerk __